Sylvia Chiu (Bar No. 269844)
sylvia.chiu@dentons.com
Connor M. Scott (Bar No. 321714)
connor.scott@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

Shari L. Klevens (Admitted *Pro Hac Vice*)
shari.klevens@dentons.com
DENTONS US LLP
1900 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 496-7500
Facsimile: (202) 496-7756

Attorneys for Defendant
**ZURICH AMERICAN INSURANCE COMPANY**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BODY XCHANGE SPORTS CLUB, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY, a New York corporation; and DOES 1-25, inclusive,<br><br>Defendant. | Case No. 1:20-cv-01518-NONE-JLT<br><br>**STIPULATION AND ORDER RE EXTENSION OF DEADLINE TO FILE REPLY BRIEF**<br><br>Assigned to Hon. Jennifer L. Thurston U.S. Magistrate Judge<br><br>Complaint Filed: July 21, 2020<br>Date Removed: October 28, 2020 |

/////
/////
/////
/////
/////
/////
/////

| | |
|---|---|
| 1 | Plaintiff, Body Xchange Sports Club, LLC, and Defendant, Zurich American |
| 2 | Insurance Company (collectively, the "Parties"), through their respective |
| 3 | undersigned counsel, hereby enter into the following Stipulation Regarding |
| 4 | Extension of Deadline to File Reply Brief: |
| 5 | WHEREAS, on May 12, 2021, Zurich American Insurance Company |
| 6 | ("Zurich") filed its Motion for Judgment on the Pleadings setting the hearing for |
| 7 | June 9, 2021. |
| 8 | WHEREAS, on May 13, 2021, the Court issued a minute order vacating the |
| 9 | June 9, 2021 Motion for Judgment on the Pleadings hearing date as follows: "The |
| 10 | parties are informed that . . . the recently-filed [15] MOTION for JUDGMENT will |
| 11 | be heard and decided by the undersigned. **No hearing will be calendared** . . . The |
| 12 | hearing date chosen by the filing party serves only to set the opposition and reply |
| 13 | filing deadlines . . . ." |
| 14 | WHEREAS, on May 26, 2021, Plaintiff filed its Opposition to Zurich's |
| 15 | Motion for Judgement on the Pleadings, and Zurich's Reply is currently due on |
| 16 | June 2, 2021. |
| 17 | WHEREAS, on May 27, 2021, the parties met and conferred regarding the |
| 18 | briefing deadline, and Plaintiff's counsel agreed to extend Zurich's deadline to file |
| 19 | its Reply by seven (7) days to June 9, 2021 pending this Court's approval. |
| 20 | **IT IS HEREBY STIPULATED AND AGREED THAT**: |
| 21 | |
| 22 | 1. The Parties agree to extend the deadline for Zurich to file its Reply to |
| 23 | June 9, 2021 from June 2, 2021. |
| 24 | ///// |
| 25 | ///// |
| 26 | ///// |
| 27 | ///// |
| 28 | ///// |

**IT IS SO STIPULATED.**

Dated: May 27, 2021    DENTONS US LLP

By: _____
    Shari L. Klevens
    Sylvia Chiu
    Connor M. Scott

Attorneys for Defendant
ZURICH AMERICAN
INSURANCE COMPANY

Dated: May 27, 2021    SHERNOFF BIDART ECHEVERRIA LLP

By: _____
    Charles Mayr

Attorneys for Plaintiff
BODY XCHANGE SPORTS CLUB, LLC

## **ORDER**

For the reasons set forth above, the deadline to file a reply is extended to June 9, 2021.

IT IS SO ORDERED.

Dated:  **May 28, 2021**    _____
                            UNITED STATES DISTRICT JUDGE