|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAR 3 2023 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

BODY XCHANGE SPORTS CLUB, LLC, a California Limited Liability Company,

    Plaintiff-Appellant,

  v.

ZURICH AMERICAN INSURANCE COMPANY, a New York corporation,

    Defendant-Appellee.

No. 23-15111

D.C. No. 1:20-cv-01518-JLT-CDB
Eastern District of California, Fresno

ORDER

The parties' stipulated motion (Docket Entry No. 8) for voluntary dismissal is granted. This appeal is dismissed with prejudice. Fed. R. App. P. 42(b).

Costs and fees shall be allocated pursuant to the parties' stipulation.

This order served on the district court acts as the mandate of this court.

                        FOR THE COURT:

                        MOLLY C. DWYER
                        CLERK OF COURT


                        By: Lorela Bragado-Sevillena
                        Deputy Clerk
                        Ninth Circuit Rule 27-7

2/27/2023/Pro Mo